1 | ALLACCESS LAW GROUP
IRENE KARBELASHVILI, No. 232223
2 |  irene@allaccesslawgroup.com
IRAKLI KARBELASHVILI, No. 302971
3 |  irakli@allaccesslawgroup.com
1400 Coleman Ave., Suite F28
4 | Santa Clara, CA 95050
Telephone: (408) 295-0137
5 | Fax: (408) 295-0142

6 | Attorneys for SHELBY GAIL HEIFETZ, Plaintiff

7 | TIMOTHY S. THIMESCH, Esq., No. 148213
THIMESCH LAW OFFICE, PLC
8 | 4413 Black Walnut Ct.
Concord, CA 94521-4319
9 | Tel: 925/588-0401
Fax: 888/210-8868
10 | tim@thimeschlaw.com

11 | Attorneys for Defendants MONA'S BURGERS CLAYTON, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| SHELBY GAIL HEIFETZ, | CASE NO. 19-cv-2392-LB |
|---|---|
| Plaintiff, | STIPUILATION AND [Proposed] ORDER TO SEAL DOCUMENTS RE PENDING ATTORNEY FEE MOTION |
| v. | |
| MONA'S BURGERS CLAYTON, LLC, a California limited liability company, dba Mona's Bar & Grill; PAUL SETO, an individual; ROSE SETO, an individual; and DOES 1 through 20, inclusive, | [FRCP Local ADR Rule 7-3] |
| | Hearing: Date: December 17, 2020 Time: 9:30 AM Place: Zoom |
| Defendants. | |

Defense counsel represents that in that in filing ECF-83-7 (which is Exhibit 6 to the Declaration of Timothy S. Thimesch), he inadvertently attached on its last four pages a confidential mediation-related document that the Court had already previously placed under seal. Wherefore, the parties agree that good cause now exists to place ECF-83-7 under permanent seal, and so that Defendant may then refile this document in corrected form. Furthermore, the entry at Docket No. 83-7 shall be revised to state, "Associated documents removed permanently and filed in sealed docket 19-adr-02392-LB by Order of ADR Magistrate Judge."

Thimesch Law Offices
4413 Black Walnut Ct.
Concord, CA 94521
(925) 588-0401

Stipulation and Order to Place Documents Under Permanent Seal:
No. 19-cv-2392-LB

1     SO STIPULATED.

2     Dated: November 25, 2020           TIMOTHY S. THIMESCH
                                         THIMESCH LAW OFFICE
3
4                                        /s/Authorized Signed
                                         Attorneys for Defendant
5                                        MONA'S BURGERS CLAYTON, LLC

6     Dated: November 25, 2020           IRAKLI KARBELASHVILI
                                         ALLACCESS LAW GROUP
7
8                                        /s/Authorized Signed
                                         Attorneys for Plaintiff
9                                        SHELBY HEIFETZ

10                                       ORDER

11    SO ORDERED.

12
13
14
15   Dated: November 30, 2020
16                                       HONORABLE JACQUELINE SCOTT CORLEY
                                         U.S. DISTRICT JUDGE
17

**GRANTED**
*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Thimesch Law Offices
4413 Black Walnut Ct.
Concord, CA 94521
(925) 588-0401

Stipulation and Order to Place Documents Under Permanent Seal:   — 2 —
No. 19-cv-2392-LB